**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

BRION DAYSHAWN BROWN,                                              PLAINTIFF

v.                                    4:22CV00761-JM-JTK

DEBRA JORDAN, et al.                                               DEFENDANTS

## ORDER

Brion DayShawn Brown ("Plaintiff") filed a <u>pro se</u> Complaint pursuant to 42 U.S.C. § 1983 against the Nevada County, Arkansas, Jail and Nurse/Jailer Debra Jordan.   (Doc. No. 2). Nevada County lies in the Western District of Arkansas.

Because of the Defendants named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas.   <u>See</u> 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 26th day of August, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."   <u>Id</u>.